## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Berkley Assurance Company

                                Plaintiff,

v.                                                                Case No.: 1:25−cv−06068

                                                                              Honorable Robert W. Gettleman

Founders 3 Management Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 19, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: On 10/3/202025, the court granted defendant's unopposed motion to extend time to 10/17/2025, to file a responsive pleading to the original complaint. On 10/10/2025 [20] the court granted plaintiff's motion for leave to file an amended complaint by 11/6/2025 [22]. Before the court is defendant's second unopposed Motion for extension of time to respond to plaintiff's complaint [23] seeking to 11/13/2025. Defendant represents that the parties are awaiting resolution of a settlement conference and binding mediation in the underlying case before moving forward with this action. Accordingly, this case and all pending deadlines are stayed pending resolution of the settlement and mediation in the underlying case. Defendant's motion to extend time [23] is stricken as moot. The parties are directed to file a Joint Status Report within 5 days of resolution of the settlement conference in the underlying action or by 11/14/2025, whichever occurs first. notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.